B 1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Spiro A. Spyratos, DDS, P.C. | |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): Today's Dental of Plainfield | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 36-4409710 | Last four digits of Soc. Sec. or Invidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 2111 South Route 59, Plainfield, Illinois  ZIP CODE 60586 | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: Will County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [✓] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [✓] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [✓] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B 1 (Official Form 1) (1/08)            Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: Spiro A. Spyratos | Case Number: 10-20161 | Date Filed: 5/03/2010 |
| District: Northern District of Illinois | Relationship: Principal | Judge: Black |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X   /s/ Patrick M. Jones      10/01/2010<br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

     ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

     ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                           _____
                           (Name of landlord that obtained judgment)

                           _____
                           (Address of landlord)

     ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

     ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

     ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  /s/ Patrick M. Jones<br>Signature of Attorney for Debtor(s)<br>Patrick M. Jones<br>Printed Name of Attorney for Debtor(s)<br>SmithAmundsen LLC<br>Firm Name<br>150 N. Michigan Avenue, #3300, Chicago, Illinois 60601<br>Address<br><br>(312) 894-3234<br>Telephone Number<br>10/01/2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ Spiro A. Spyratos<br>Signature of Authorized Individual<br>Spiro A. Spyratos<br>Printed Name of Authorized Individual<br>President<br>Title of Authorized Individual<br>10/01/2010<br>Date | |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Spiro A. Spyratos, DDS, P.C.**     Case No. _____
Debtor(s)     Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **57**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 1, 2010**     **/s/ Spiro A. Spyratos**
**Spiro A. Spyratos/President**
Signer/Title

1800 Dentist
6060 Center Drive
7th Floor
Los Angeles, CA 90045


Alarm Detections Systems, Inc.
1111 Church Street
Aurora, IL 60505


Align Technology
P.O. Box 60000
San Francisco, CA 94160


American Express
P.O. Box 297879
Fort Lauderdale, FL 33329


AT&T Business Services
P.O. Box 5019
Carol Stream, IL 60197


Atlas Dental Lab
1846 West 169th Street
Suite B
Gardena, CA 90247


Bank of America
Business Credit Card Account
P.O. Box 26012
Greensboro, NC 27420


Bank of America Practice Solutions
600 North Cleveland Avenue
Westerville, OH 43082


Brasseler USA
One Brasseler Road
Savannah, GA 31419


Citibank
Business Bank Loan OPS
100 Citibank Drive, Bldg. 1, Flr 1
San Antonio, TX 78245

ComEd
PO Box 6111
Carol Stream, IL 60197


Darby Dental Supply
4460 Holmes Road
Memphis, TN 38118


Denmat
P.O. Box 1729
Santa Maria, CA 93456


Dish Network
Department 0063
Palatine, IL 60055-0063


Dr. Chad Abed
1111 North Dearborn Street
Apartment 3103
Chicago, IL 60610


Dr. Gehan Adam
2581 Chasewood Court
Aurora, IL 60502


Dr. Jason Crescenzo


EBSCO
P.O. Box 830460
Birmingham, AL 35283


Ewa B.
P.O. Box 216
Plainfield, IL 60544-0216


G&M Window Cleaning
P.O. Box 32077
Chicago, IL 60632


Glidewell Dental Lab
4141 MacArthur Boulevard
Newport Beach, CA 92660

Health First Corp.
22316 70th Avenue W
Unit A
Mountlake Terrace, WA 98043


Henry Shein
135 Duryea
Melville, NY 11747-3824


Ice Mountain
P.O. Box 856680
Louisville, KY 40285


Innovative Dental Arts
1061 Main Street
Irwin, PA 15642


Kathleen Jurkowski
1915 Cecily Drive
Joliet, IL 60435


M. Schultz
2005 Windstone Drive
Plainfield, IL 60586


Main Street Bank
23970 Highway 59
Kingwood, TX 77339


Medical Protective Co. Business Ins
5814 Reed Road
Fort Wayne, IN 46835


Mercedes-Benz Financial
P.O. Box 685
Roanoke, TX 76262


Messages on Hold, Inc.
1011 Guisando Avenue
Tampa, FL 33613-1058


NICOR
P.O. Box 632
Aurora, IL 60507-0190

Paragon Dental Lab
411 New Avenue
Lockport, IL 60441


Patterson Dental
1031 Mendota Heights Road
Saint Paul, MN 55120


Patterson Financial Services
715 West Maxwell
Chicago, IL 60607-5016


Pitney Bowes
c/o Ltd. Financial Services, L.P.
7322 SW Freeway, Suite 1600
Houston, TX 77074


Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005


Pitney Bowes Postage by Phone
P.O. Box 856402
Louisville, KY 40285-6042


Professional Practice Consultants
760 Village Center Drive
Suite 240
Willowbrook, IL 60527


ProHealth Capital
1111 Old Eagle School Road
Wayne, PA 19087


Quantum Labs, Inc.
P.O. Box 1414
Minneapolis, MN 55480-1414


Safco Cental Supply
1100 Busch Parkway
Buffalo Grove, IL 60089-4549


Shane's Office Products
2717 Curtis Street
Downers Grove, IL 60515

Smart Practice
3400 East McDowell Road
Phoenix, AZ 85008


Smart Practice
P.O. Box 29222
Phoenix, AZ 85038


Smile Makers
P.O. Box 2543
Spartanburg, SC 29304


Standard Bank & Trust Co.
7800 West 95th Street
Hickory Hills, IL 60457


Stericycle
P.O. Box 9001588
Louisville, KY 40290-1588


Straine Consulting
838 University Avenue
Sacramento, CA 95825


Thanasouras Commercial Properties
9742 West Circle Parkway
Palos Park, IL 60464


Tim Thanasaurus
9742 West Circle Parkway
Palos Park, IL 60464


US Bank
Healthcare Financial Services
1310 Madrid Street, Suite 104
Marshall, MN 56258-4002


Valpak-Advertising
12 Salt Creek Lane
Hinsdale, IL 60521


Waste Management
1001 Fannin, Suite 4000
Houston, TX 77002

Yellow Page Authority
8940 West 192nd Street, Unit D
Mokena, IL 60448


Zumstein, Chris
18424 Caring Court
Homewood, IL 60430


Zumstein, Chris
c/o Bonds, Zumstein & Konzelman
60 North Chicago Street
Joliet, IL 60432